# United stated appeal court for the third circuit.

___

## Jerry J Painadath
## Vs
## OSHA

___

## 22-2878

___

Official brief in support of petition for both panel hearing and en-banc hearing.

1. I, Jerry J Painadath, appellant, pro se, injured person of OSHA FINAL order and ACTION(s), hereby requesting appeal court review of the FINAL order and ACTION(s) from OSHA.

2. **Scope of review.**

3. **Appellate Jurisdiction.**

4. United States appeal courts shall have primary jurisdiction to review OSHA final order under 29 USC 660.

5. United States appeal courts shall have 'de novo review' of OSHA orders or actions.

6. United Sates appeal courts shall have jurisdiction under APA act if

7. (A) there is a separate statute authorizing review of the action or

8. (B) the action is final and "there is no other adequate remedy in a court" with respect to that action.

9. **Venue.**

10. T**hird circuit** is the proper venue because the employer who wronged this appellant is doing business in 1800 Lombard Street, Philadelphia, PA.

## 11. Question(s) presenting.

12. Does OSHA have authority, congress delegated, to protect healthcare workers who report violations of patient discrimination violations under 'Affordable care act Title 1' ?

13. **Background.**

14. The Patient Protection and Affordable Care Act, referred to as the Affordable Care Act or "ACA" for short, is the comprehensive health care reform law enacted in March 2010.
15. One of the goal of ACA act is to improve the quality of available care to consumers.
16. Section 1557 of ACA (42 USC 18116) added various 'non-discrimination' statue to 'ACA' title 1. SEC. 1557. NONDISCRIMINATION.

17. " (a) IN GENERAL.—Except as otherwise provided for in this title (or an amendment made by this title), an individual shall not, on the ground prohibited under title VI of the Civil Rights Act of 1964 (42 U.S.C. 2000d et seq.), title IX of the Education Amend- ments of 1972 (20 U.S.C. 1681 et seq.), the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.), or section 504 of the Rehabilita- tion Act of 1973 (29 U.S.C. 794), be excluded from participation in, be denied the benefits of, or be subjected to discrimination under, any health program or activity, any part of which is receiving Federal financial assistance, including credits, subsidies, or con- tracts of insurance, or under any program or activity that is administered by an Executive Agency or any entity established under this title (or amendments). The enforcement mechanisms provided for and available under such title VI, title IX, section 504, or such Age Discrimination Act shall apply for purposes of violations of this subsection."

18. Section 1558 of 'ACA' (29 USC 218C) 'PROTECTION FOR EMPLOYEES' .

19. ''(a) PROHIBITION.—No employer shall discharge or in any manner discriminate against any employee with respect to his or her compensation, terms, conditions, or other privileges of employment because the employee (or an individual acting at the request of the employee) has— "(1) received a credit under section 36B of the Internal Revenue Code of 1986 or a subsidy under section 1402 of this Act;"(2) **provided, caused to be provided, or is about to provide or cause to be provided to the employer, the Federal Govern- ment, or the attorney general of a State information relating to any violation of, or any act or omission the employee reason- ably believes to be a violation of, any provision of this title** (or an amendment made by this title);"(3) testified or is about to testify in a proceeding concerning such violation;"(4) assisted or participated, or is about to assist or partici- pate, in such a proceeding; or"(5) objected to, or refused to participate in, any activity, policy, practice, or assigned task that the employee (or other such person) reasonably believed to be in violation of any provi- sion of this title (or amendment), or any order, rule, regulation, standard, or ban under this title (or amendment)."

20. OSHA News Release: 13-327-NAT dated Feb. 22, 2013 with letter titled "US Labor Department's OSHA announces interim final rule, invites public comment on whistleblower protections for reporting violations of Affordable Care Act's health insurance reforms" reads." WASHINGTON – The U.S. Department of Labor's Occupational Safety and Health Administration has published an interim final rule in the Federal Register that governs whistleblower complaints filed under Section 1558 of the Affordable Care Act. The Affordable Care Act contains various provisions to make health

*insurance more affordable and accountable to consumers. Among the policies to achieve its goals, the Affordable Care Act's Section 1558 provides protection to employees against retaliation by an employer for reporting alleged violations of Title I of the act or for receiving a tax credit or cost-sharing reduction as a result of participating in a Health Insurance Exchange or Marketplace. Title I includes a range of insurance company accountability policies, such as the prohibition of lifetime limits on coverage and exclusions due to pre-existing conditions. If an employee reports a violation of one of these policies or requirements, the act's whistleblower provision prohibits employers from retaliating against the employee. If an employee is retaliated against in violation of the whistleblower provision, he or she may file a complaint with, and ultimately receive relief from, OSHA or the courts.The Affordable Care Act authorizes the secretary of labor to conduct investigations into complaints and issue determinations, which are functions delegated to OSHA. OSHA's interim final rule establishes the procedures and time frames for the filing and handling of such complaints, including investigations by OSHA, appeals of OSHA determinations to an administrative law judge for a hearing, review of such decisions by the Administrative Review Board and judicial review of the secretary's final decision. "*

21. **Legal arguments.**

22. When congress passed 'Patient protection and affordable care act' it aimed to improve quality of care delivery. It delegated OSHA to receive complaints, investigate and take appropriate action in the court. Section 1557 of ACA, includes, various non-discrimination statue into Title 1 of ACA. Section 1558 of ACA provides 'protection to employees' under whistleblower provision.

23. RELIEF SEEKING.
24. I, Jerry J Painadath, appellant, hereby requesting this court, to exercise 'de novo review' and 29 USC 660 ,because question raised are related to 'interpretation of public law, interpretation of OSHA own rule making on ACA.
25. Also requesting OSHA to submit records of relevant facts and evidence to the court.

Your respectfully

Jerry J Painadath



## *Certificate of Compliance*

I certify under FRAP 32(g)(1) that this petition has 750 words or 200 lines.

Your respectfully
Jerry J Painadath